# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# HATTIESBURG DIVISION

J. C. RAMSEY, #91248                                              PETITIONER

VS.                                           CIVIL ACTION NO. 2:10cv16-KS-MTP

DANNY SCOTT                                                        RESPONDENT

## ORDER

This matter is before the court on a Motion [14] for Leave to File a Supplemental Brief and Rebuttal Brief to Answer. In the motion, Petitioner seeks leave of court to supplement his Rebuttal [12][1] to Respondent's Answer [8]. Respondent has not responded to Petitioner's motion. Having considered the motion, the court finds that it should be granted.

IT IS, THEREFORE, ORDERED that Petitioner's Motion [14] for Leave to File a Supplemental Brief and Rebuttal Brief to Answer is granted. Petitioner need not file any additional pleadings, as his Rebuttal [12] is deemed supplemented as set forth in his motion.

SO ORDERED AND ADJUDGED this the 7th day of September, 2010.

                                                s/ Michael T. Parker
                                                United States Magistrate Judge

---

[1] This pleading was filed on May 17, 2010. An earlier Rebuttal [11] was filed on May 10, 2010; however, Petitioner requested that the court disregard that pleading. *See* [13].